IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FREDDIE CANADA                                                                                         PLAINTIFF

vs.                                        CASE NO. **4:04CV1809GH**

UNUM LIFE INSURANCE COMPANY
OF AMERICA, ET AL.                                                                              DEFENDANTS

## **ORDER**

The motion of Staci Dumas Carson to enter her appearance as counsel for defendants is hereby granted.

IT IS SO ORDERED this 17th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE